UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:  
 
ALIN ULLOA

CASE NO.: 19-21396-BKC-RAM  
PROCEEDING UNDER CHAPTER 13

DEBTOR                                        /

## TRUSTEE'S MOTION TO DISMISS AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

**COMES NOW** Nancy K. Neidich, Standing Chapter 13 Trustee, and files her Motion to Dismiss pursuant to 11 U.S.C. Section 1307(c) for the reasons set forth below:

1. Material change prejudicial to creditors in payment terms resulting from unscheduled, unlisted, or improperly listed tax or other claims.

2. The Trustee faxed to the counsel of record a letter requesting the issue be addressed. *See* attached letter with fax confirmation.

WHEREFORE, the Trustee requests the case be dismissed for failure to address the issue stated therein.

**I CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss and Notice of Hearing was mailed to those parties listed below on  SEPTEMBER 15, 2020.

NANCY K. NEIDICH, ESQUIRE  
STANDING CHAPTER 13 TRUSTEE  
P.O. BOX 279806  
MIRAMAR, FL  33027-9806

By: /s/_____  
☐ Kenia Molina, Esq.  
   FLORIDA BAR NO: 0085156  
☒ Amy Carrington, Esq.  
   FLORIDA BAR NO: 101877  
☐ Jose Ignacio Miceli, Esq.  
   FLORIDA BAR NO: 0077539

NOTICE OF HEARING AND TRUSTEE'S MOTION TO DISMISS
CASE NO.: 19-21396-BKC-RAM

## **CERTIFICATE OF SERVICE**

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**By Mail:**
**DEBTOR**
ALIN ULLOA
565 W 43RD PLACE
HIALEAH, FL  33012-3851

**Via Electronic Service:**
**ATTORNEY FOR DEBTOR**
ROBERT SANCHEZ, ESQUIRE
355 W 49 STREET
HIALEAH, FL  33012

```
********************
*** FAX TX REPORT ***
********************

                    TRANSMISSION OK

    JOB NO.                 2813
    DESTINATION ADDRESS     13055129701
    SUBADDRESS
    DESTINATION ID
    ST. TIME                07/23 12:08
    TX/RX TIME              00'43
    PGS.                    1
    RESULT                  OK
```

1 of 2

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
Southern District of Florida

NANCY K. NEIDICH, TRUSTEE
P.O. Box 279806
Miramar, Florida 33027
(954) 443-4402
Facsimile: (954) 443-4452

07/23/2020

To: ROBERT SANCHEZ, ESQUIRE

Re: Alin Ulloa                    Case: 19-21396-RAM

Dear ROBERT SANCHEZ, ESQUIRE

The Trustee has recommended confirmation of a Plan in the above-referenced case based upon your assurance that the creditor had agreed to the Debtor's treatment of its collateral.

Creditor: HYUNDAI LEASE TITLING TRUST CL REG 4

Other: D/PAY LEASE IN PL & LINE 10 INCLUDES AN AMT.

The Debtor is directed to either file a Motion to Modify the Confirmed Plan to include the amount listed in the Proof of Claim, or an Objection to the Proof of Claim within twenty (20) days of this letter or the Trustee may file a Motion to Dismiss this case with prejudice for six (6) months.

Very truly yours,

Claims Administrator
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE

```
        ********************
        *** FAX TX REPORT ***
        ********************

                        TRANSMISSION OK

        JOB NO.                     2811
        DESTINATION ADDRESS         13055129701
        SUBADDRESS
        DESTINATION ID
        ST. TIME                    07/23 12:05
        TX/RX TIME                  00'46
        PGS.                        1
        RESULT                      OK
```

2 of 2

# OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
SOUTHERN DISTRICT OF FLORIDA

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806
TELEPHONE: (954) 443-4402
FACSIMILE: (954) 443-4452

July 23, 2020

ROBERT SANCHEZ, ESQUIRE
355 W 49 STREET
HIALEAH, FL 33012

Case: 19-21396-BKC-RAM                    RE: ALIN ULLOA

Dear ROBERT SANCHEZ, ESQUIRE

More than thirty days have passed since the claims bar date on November 05, 2019. You have failed to file the Notice of Compliance by Attorney for Debtor required by Local Rule 2083-1(B) Claims Review Requirement, also know as Local Form 76.

The scope of the review required states: "Not later than 21 days after expiration of the claims bar date, the attorney shall examine, from records maintained by the clerk, the claims register and all claims filed in the case to determine whether additional action is necessary, including the filing and service in accordance with all applicable rules of: (a) an amended plan if the plan has not been confirmed; (b) a motion to modify the confirmed plan; (c) objections to nonconforming claims." Local Rule 2083-1(B)(1)

You must file a Local Form 76 within twenty (20) days of this letter or the Trustee may file a Motion to Dismiss this case

Very truly yours,

Claims Administrator