# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Alin Ulloa                                                              Case No. 19-21396-RAM
                                                                               Chapter 13

                Debtor(s)    /

## OBJECTION TO CLAIM

### IMPORTANT NOTICE TO CREDITOR:
### THIS IS AN OBJECTION TO YOUR CLAIM

      This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

      If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

      If your entire claim is objected to and this is a chapter 11 case, you will **not** have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule
3018(a) temporarily allowing your claim for voting purposes.

      The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

☐    301 North Miami Avenue, Room 150, Miami, FL 33128

☐ Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, Debtor objects to the following claim(s) filed in this case:

| Claim No. | Name of Claimant | Amount of Claim |
|---|---|---|
| 4 | Hyundai Motor Finance | $4056.17 |

Basis for Objection and Recommended Disposition

On or about 09/26/2019, Creditor filed a general unsecured proof of claim in the amount of $4056.17 and an arrearage in the amount of $368.74 for a leased vehicle with an account ending in 2695. Pursuant to the Debtor's plan, the Debtor will continue to pay for this lease directly and outside the plan. Debtor requests the claim be allowed as filed with no distribution from the Chapter 13 Trustee.

WHEREFORE the above-mentioned Debtor, respectfully requests that the Court grant the relief sought herein.

*Notwithstanding the requirements of Bankruptcy Rule 3007, up to five objections to claim may be included in one pleading. (See Local Rule 3007-1(C).)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was sent on September 24, 2020 electronically to Nancy K. Neidich, Trustee and mailed via U.S. First-Class Mail, unless otherwise noted, to:

Hyundai Motor Finance
Attn: Keiko Jackson, BK Analyst
Po Box 20809
Fountain Valley, CA 92728

Hyundai Motor Finance Company
c/o Williams, Ross C., CEO
3161 MICHELSON DRIVE, SUITE 1900
IRVINE, CA 92612

Hyundai Motor Finance Company
NRAI SERVICES, INC, R.A.
1200 South Pine Island Road
Plantation, FL 33324

## CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

                                    Respectfully Submitted:

                                    **Robert Sanchez, P.A.**
                                    Attorney for Debtor
                                    355 West 49th Street
                                    Hialeah, FL 33012
                                    Tel. 305-687-8008
                                    Fax. 305-512-9701

                                    By: /s/ Robert Sanchez_____
                                        [X]Robert Sanchez, Esq., FBN#0442161

The party filing this objection to claim must file a certificate of service in accordance with Local Rule 2002-1(F).