

ORDERED in the Southern District of Florida on December 9, 2020.

Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                      Case No.  19-21396-RAM
                                            Chapter 13
ALIN ULLOA
_____Debtor(s)_____/

### ORDER SUSTAINING TRUSTEE's OBJECTION TO CLAIM 5.2
### FILED BY TD RETAIL CARD SERVICES

This matter having been considered without hearing upon the Trustee's Objection to Claim[s] [DE # 50 ], and the objector by submitting this form order having represented that the objection was served on the parties listed below, that the 30-day response time provided by Local Rule 3007-1(D) has expired, that no one listed below has filed, or served on the objector, a response to the objection, and that the relief to be granted in this order is the identical relief requested in the objection, and this court having considered the basis for the objection to the claim, it is

**ORDERED** that Trustee's objection[s] to the following claim[s] is [are] sustained as

LF-25 (rev. 12/01/15)

Claim number 5.2 filed by TD RETAIL CARD SERVICES is stricken and disallowed as a late filed claim

###

**Submitted by:**

        NANCY K. NEIDICH, ESQUIRE
        STANDING CHAPTER 13 TRUSTEE
        P.O. BOX 279806
        MIRAMAR, FL 33027-9806

Nancy K Neidich, Esq, Chapter 13 Trustee shall serve a copy of the signed order on the Debtor and Creditor and file with the court a certificate of service conforming with Local Rule 2002-1(F).

LF-25 (rev. 12/01/15)